UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20245-UU

THOMAS E. PEREZ
Secretary of Labor,
United States Department of Labor

    Plaintiff,

v.

COMMODITY CONTROL CORP., *et al.*,

    Defendants.
_____/

## ORDER ON MOTION TO APPEAR VIA TELEPHONE

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Leave to Appear at the Initial Planning and Scheduling Conference via Telephone, D.E. 31.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. In his Motion, Plaintiff seeks leave to appear via telephone at the Court's May 6, 2016 Initial Planning and Scheduling Conference. D.E. 31. The Court has rescheduled the hearing to June 3, 2016 at 10:00 a.m. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's Motion, D.E. 31, is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of May, 2016.

                                                         _____
                                                         URSULA UNGARO
                                                         UNITED STATES DISTRICT JUDGE

copies provided: counsel of record