UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:16-cv-20245

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

Plaintiff,

vs.

COMMODITY CONTROL CORPORATION;
DAVID J. PILGER, an individual; the estate of WILLIAM M.
PILGER, an individual; and COMMODITY
CONTROL EMPLOYEE STOCK
OWNERSHIP PLAN AND TRUST;

Defendants.

_________________________________/

SUPPLEMENTAL MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on November 22, 2016, all of the parties and their representatives were in person or by telephone, and the matter was not settled on that date. After further discussions, the parties have now SETTLED the case, subject to the execution of a final writing setting forth the terms of their settlement.

Respectfully Submitted,

LICHTER LAW FIRM
2999 NE 191st, Suite 330
Aventura, FL 33180
(305) 356-7555 – voice
(305) 356-7556 – facsimile

By: /s/ David Lichter, Esq.
David H. Lichter, Esq.,
*Mediator*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2017, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Email: Chastain.Lydia.J@dol.gov*
Lydia J. Chastain, Esq.
Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303
*Attorneys for Plaintiffs*

*Email: ggreenberg@gsgpa.com*
Gerald E. Greenberg, Esq.
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
*Attorneys for Defendants*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122